# EXHIBIT B

**California Secretary of State**
Electronic Filing



## Corporation - Statement of Information

| | |
|---|---|
| Entity Name: | BRG SPORTS, INC. |
| Entity (File) Number: | C3168605 |
| File Date: | 05/11/2020 |
| Entity Type: | Corporation |
| Jurisdiction: | DELAWARE |
| Document ID: | GF51791 |

**Detailed Filing Information**

1. Entity Name: BRG SPORTS, INC.

2. Business Addresses:
   a. Street Address of Principal Office in California:

   b. Mailing Address:
      9801 W HIGGINS RD STE 800
      ROSEMONT, Illinois 60018
      United States of America

   c. Street Address of Principal Executive Office:
      9801 W HIGGINS RD STE 800
      ROSEMONT, Illinois 60018
      United States of America

3. Officers:
   a. Chief Executive Officer:
      PAUL E. HARRINGTON
      9801 W HIGGINS RD STE 800
      ROSEMONT, Illinois 60018
      United States of America

   b. Secretary:
      MARK A. TRIPP
      9801 W HIGGINS RD STE 800
      ROSEMONT, Illinois 60018
      United States of America

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GF51791

# California Secretary of State
## Electronic Filing

Officers (cont'd):

    c.  Chief Financial Officer:

MARK A. TRIPP
9801 W HIGGINS RD STE 800
ROSEMONT, Illinois 60018
United States of America

4. Director: Not Applicable

Number of Vacancies on the Board of Directors: Not Applicable

5. Agent for Service of Process: CORPORATE CREATIONS NETWORK INC. (C2250455)

6. Type of Business: MANUFACTURING SPORTS EQUIPMENT

By signing this document, I certify that the information is true and correct and that I am authorized by California law to sign.

Electronic Signature: Lauren Underwood, Special Secretary

Use bizfile.sos.ca.gov for online filings, searches, business records, and resources.

Document ID: GF51791