# EXHIBIT C

| | | F |
|---|---|---|
|  | **State of California**<br>Secretary of State<br><br>**Statement of Information**<br>**(Foreign Corporation)**<br>FEES (Filing and Disclosure): $25.00.<br>If this is an amendment, see instructions.<br>IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM | **FV54348**<br>**FILED**<br>In the office of the Secretary of State<br>of the State of California<br><br>**MAR-28 2018** |

1. **CORPORATE NAME**

   ALL AMERICAN SPORTS CORPORATION, WHICH WILL DO BUSINESS IN CALIFORNIA AS, ALL AMERICAN RECONDITIONING CORP.

2. **CALIFORNIA CORPORATE NUMBER**    C1877036

   This Space for Filing Use Only

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**

   ☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 13**.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY | STATE | ZIP CODE

   7501 PERFORMANCE LANE, NORTH RIDGEVILLE, OH 44039

5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE

   2888 EAST SPRUCE STREET, ONTARIO, CA 91761

6. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 4 | CITY | STATE | ZIP CODE

   DIANA SPRADLING   7501 PERFORMANCE LANE, NORTH RIDGEVILLE, OH 44039

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

7. CHIEF EXECUTIVE OFFICER/   ADDRESS   CITY   STATE   ZIP CODE

   DAN  ARMENT   1700 W. HIGGINS ROAD SUITE 500, DES PLAINES, IL 60018

8. SECRETARY   ADDRESS   CITY   STATE   ZIP CODE

   DAN  ARMENT   1700 W. HIGGINS ROAD SUITE 500, DES PLAINES, IL 60018

9. CHIEF FINANCIAL OFFICER/   ADDRESS   CITY   STATE   ZIP CODE

   ALLISON  BOERSMA   1700 W. HIGGINS ROAD SUITE 500, DES PLAINES, IL 60018

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 11 must be left blank.

10. NAME OF AGENT FOR SERVICE OF PROCESS [Note: The person designated as the corporation's agent MUST have agreed to act in that capacity prior to the designation.]

    CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE

11. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL**   CITY   STATE   ZIP CODE

**Type of Business**

12. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

    SALES OF ATHLETIC EQUIPMENT

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| 03/28/2018 | DIANA  SPRADLING | TAX ANALYST | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-350 (REV 01/2013)    APPROVED BY SECRETARY OF STATE