# EXHIBIT D

**Dr. Shirley N. Weber**
**California Secretary of State**

#  Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Wednesday, April 21, 2021. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C1877036    ALL AMERICAN SPORTS CORPORATION, WHICH WILL DO BUSINESS IN CALIFORNIA AS, ALL AMERICAN RECONDITIONING CORP.

| | |
|---|---|
| Registration Date: | 12/08/1993 |
| Jurisdiction: | DELAWARE |
| Entity Type: | FOREIGN STOCK |
| Status: | ACTIVE |
| Agent for Service of Process: | **CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE (C1592199)** To find the most current California registered Corporate Agent for Service of Process address and authorized employee(s) information, click the link above and then select the most current 1505 Certificate. |
| Entity Address: | 7501 PERFORMANCE LANE NORTH RIDGEVILLE OH 44039 |
| Entity Mailing Address: | 7501 PERFORMANCE LANE NORTH RIDGEVILLE OH 44039 |

**🛒 Certificate of Status**

A Statement of Information is due EVERY year beginning five months before and through the end of December.

| Document Type | File Date | PDF |
|---|---|---|
| SI-NO CHANGE | 11/21/2018 | |
| SI-COMPLETE | 03/28/2018 | |
| REGISTRATION | 12/08/1993 | |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.

- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

Modify Search    New Search    Back to Search Results