# EXHIBIT E

**Supreme Court of Pennsylvania**

**Court of Common Pleas**
**Civil Cover Sheet**

Lackawanna _____ **County**

| For Prothonotary Use Only: | TIME STAMP |
| --- | --- |
| Docket No: 20 CV 3169 | |

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

## SECTION A

**Commencement of Action:**
- [ ] Complaint
- [x] Writ of Summons
- [ ] Petition
- [ ] Transfer from Another Jurisdiction
- [ ] Declaration of Taking

| Lead Plaintiff's Name: Jacob Leone and Danielle Leone | Lead Defendant's Name: Riddell, Inc. |
| --- | --- |

**Are money damages requested?** [x] Yes [ ] No

Dollar Amount Requested: (check one)
- [ ] within arbitration limits
- [x] outside arbitration limits

**Is this a *Class Action Suit*?** [ ] Yes [x] No   **Is this an *MDJ Appeal*?** [ ] Yes [x] No

Name of Plaintiff/Appellant's Attorney: _____
- [ ] Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)

## SECTION B

**Nature of the Case:** Place an "X" to the left of the **ONE** case category that most accurately describes your **PRIMARY CASE.** If you are making more than one type of claim, check the one that you consider most important.

**TORT** *(do not include Mass Tort)*
- [ ] Intentional
- [ ] Malicious Prosecution
- [ ] Motor Vehicle
- [ ] Nuisance
- [ ] Premises Liability
- [x] Product Liability *(does not include mass tort)*
- [ ] Slander/Libel/ Defamation
- [ ] Other: _____

**MASS TORT**
- [ ] Asbestos
- [ ] Tobacco
- [ ] Toxic Tort - DES
- [ ] Toxic Tort - Implant
- [ ] Toxic Waste
- [ ] Other: _____

**PROFESSIONAL LIABLITY**
- [ ] Dental
- [ ] Legal
- [ ] Medical
- [ ] Other Professional: _____

**CONTRACT** *(do not include Judgments)*
- [ ] Buyer Plaintiff
- [ ] Debt Collection: Credit Card
- [ ] Debt Collection: Other
- [ ] Employment Dispute: Discrimination
- [ ] Employment Dispute: Other
- [ ] Other: _____

**REAL PROPERTY**
- [ ] Ejectment
- [ ] Eminent Domain/Condemnation
- [ ] Ground Rent
- [ ] Landlord/Tenant Dispute
- [ ] Mortgage Foreclosure: Residential
- [ ] Mortgage Foreclosure: Commercial
- [ ] Partition
- [ ] Quiet Title
- [ ] Other: _____

**CIVIL APPEALS**
Administrative Agencies
- [ ] Board of Assessment
- [ ] Board of Elections
- [ ] Dept. of Transpatation
- [ ] Statutory Appeal: Other
- [ ] Zoning Board
- [ ] Other: _____

CLERK OF JUDICIAL RECORDS CIVIL DIVISION
AUG 13 P 2 40
MAURI B. KELLY LACKAWANNA COUNTY

**MISCELLANEOUS**
- [ ] Common Law/Statutory Arbitration
- [ ] Declaratory Judgment
- [ ] Mandamus
- [ ] Non-Domestic Relations Restraining Order
- [ ] Quo Warranto
- [ ] Replevin
- [ ] Other: _____

*Updated 1/1/2011*

Munley Law PC
227 Penn Avenue
Scranton, PA  18503
570-346-7401

Anapol Weiss
8700 E. Vista Bonita Drive, Suite 268
Scottsdale, AZ 85255
480-515-4745

MAURI B. KELLY
LACKAWANNA COUNTY

2020 AUG 13  P 2: 40

CLERK OF JUDICIAL
RECORDS CIVIL DIVISION

| | | |
|---|---|---|
| DANIELLE M. LEONE and | : | IN THE COURT OF COMMON PLEAS |
| JACOB M. LEONE, individually and as | : | |
| Plenary Co-Guardians of the Estate and | : | OF LACKAWANNA COUNTY |
| Person of CALEB LEONE, and | : | |
| CALEB LEONE, Individually, | : | |
| 607 South Broad Street | : | |
| Jersey Shore, PA 17740 | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | CIVIL ACTION - LAW |
| | : | JURY TRIAL DEMANDED |
| RIDDELL, INC. | : | |
| 9801 West Higgins Road, Suite 800 | : | |
| Rosemont, IL 60018 | : | |
| BRG SPORTS, INC. | : | |
| 1700 West Higgins Road, Suite 500 | : | |
| Des Plaines, IL 60018 | : | |
| RIDDELL SPORTS GROUP, INC. | : | |
| c/o Corporation Service Company | : | |
| 251 Little Falls Drive | : | |
| Wilmington, DE 19808 | : | |
| RIDDELL/ALL AMERICAN SPORTS | : | |
| CORPORATION | : | |
| 669 Sugar Lane | : | |
| Elyria, OH 44035 | : | |
| And | : | |
| 4230 Paysphere Circle | : | |
| Chicago, IL 60674 | : | No.   20 CV 3169 |
| And | : | |
| 7501 Performance Lane | : | |
| North Ridgeville, OH 44039 | : | |

**PRAECIPE FOR WRIT OF SUMMONS**

TO THE CLERK OF JUDICIAL RECORDS:

Please issue a Writ of Summons in the above captioned case.

MUNLEY LAW, P.C.

BY: _____
Marion Munley, Esq.
PA ID No. 46957
Attorney for Plaintiffs

ANAPOL WEISS

BY: _____
Larry E. Coben, Esq.
PA ID No. 17523

BY: _____
Jo Ann Niemi
PA ID No. 326595
Attorneys for Plaintiffs

**Munley Law PC**
**227 Penn Avenue**
**Scranton, PA  18503**
**570-346-7401**

**Anapol Weiss**
**8700 E. Vista Bonita Drive, Suite 268**
**Scottsdale, AZ 85255**
**480-515-4745**

MAURI B. KELLY
LACKAWANNA COUNTY

2020 SEP 10  A 11: 15,

CLERK OF JUDICIAL
RECORDS CIVIL DIVISION

| | | |
|---|---|---|
| DANIELLE M. LEONE and | : | IN THE COURT OF COMMON PLEAS |
| JACOB M. LEONE, individually and as | : | |
| Plenary Co-Guardians of the Estate and | : | OF LACKAWANNA COUNTY |
| Person of CALEB LEONE, and | : | |
| CALEB LEONE, Individually, | : | |
| Plaintiffs | : | |
| v. | : | CIVIL ACTION - LAW |
| | : | JURY TRIAL DEMANDED |
| RIDDELL, INC. | : | |
| BRG SPORTS, INC. | : | |
| RIDDELL SPORTS GROUP, INC. | : | |
| RIDDELL/ALL AMERICAN SPORTS | : | |
| CORPORATION | : | |
| Defendants | : | No. 20 cv 3169 |

## PRAECIPE TO REISSUE SUMMONS

TO THE CLERK OF JUDICIAL RECORDS:

Please reissue the Writ of Summons in the above captioned case.

MUNLEY LAW, P.C.

BY: _____
Marion Munley, Esq.- PA ID No. 46957
Attorney for Plaintiffs

ANAPOL WEISS

BY: _____
Larry E. Coben, Esq.- PA ID No. 17523

BY: _____
Jo Ann Niemi - PA ID No. 326595
Attorneys for Plaintiffs

CASE NO: 2020-03169 P
COMMONWEALTH OF PENNSYLVANIA
COUNTY OF LACKAWANNA

LEONE _____

         VS.

RIDDELL _____

LACKAWANNA COUNTY
2020 SEP 24 P 1: 12
CLERK OF JUDICIAL
RECORDS CIVIL DIVISION

CPL.BRENDA GOOSLEY _____, Deputy Sheriff of Lackawanna County

County, Pennsylvania, who being duly sworn according to law served the

within named DEFENDANT _____,RIDDELL SPORTS GROUP INC C/O ,_____

CORPORATE CREATIONS NETWORK __ by United States Certified Mail postage

prepaid, on the 17th day of September,2020 at 0000:00      HOURS, at

3411 SILVERSIDE ROAD _____      TATNALL BUILDING, STE 104 _____

WILMINGTON, DE 19810 _____ _____, a true

and attested copy of the attached WRIT OF SUMMONS _____.  Together

with _____,_____

_____. The returned

receipt card was signed by RET'D BY P.O. UNABLE FORWARD   on
00/00/0000 .

Additional Comments:
_____
_____
_____

Sheriff's Costs:

| | |
|---|---|
| Docketing | .00 |
| Service | .00 |
| Affidavit | .00 |
| Surcharge | .00 |
| | .00 |
| | .00 |

So answers:
Mark P. McAndrew, Sheriff

*Cpl. Brenda Goosley*
            Deputy

Paid by                 on 00/00/0000 .

Sworn and subscribed to before me
this_____day of_____
_____A.D.       _____

_____
     Prothonotary

CASE NO: 2020-03169 P
COMMONWEALTH OF PENNSYLVANIA
COUNTY OF LACKAWANNA

LEONE _____

        VS.

RIDDELL _____

CPL.BRENDA GOOSLEY _____, Deputy Sheriff of Lackawanna County

County, Pennsylvania, who being duly sworn according to law served the

within named DEFENDANT _____,BRG SPORTS INC _____, _____

_____ by United States Certified Mail postage

prepaid, on the 18th day of August ____,2020 at 0000:00 HOURS, at

1700 WEST HIGGINS RD STE 500 _____

DES PLAINES, IL 60018 _____ _____, a true

and attested copy of the attached WRIT OF SUMMONS _____. Together

with _____,_____

_____ . The returned

receipt card was signed by CAN'T READ THE NAME _____ on
08/25/2020 .

Additional Comments:
_____
_____
_____

Sheriff's Costs:

    Docketing          .00
    Service            .00
    Affidavit          .00
    Surcharge          .00
                 .00
                 .00

So answers:
Mark P. McAndrew, Sheriff

_Cpl. Brenda Goosley_
      Deputy

Paid by               on 00/00/0000 .

Sworn and subscribed to before me
this_____day of_____
_____A.D.    _____

_____
    Prothonotary

CASE NO: 2020-03169 P
COMMONWEALTH OF PENNSYLVANIA
COUNTY OF LACKAWANNA

LEONE _____

       VS.

RIDDELL _____

CPL.BRENDA GOOSLEY _____ , Deputy Sheriff of Lackawanna County
County, Pennsylvania, who being duly sworn according to law served the
within named DEFENDANT_____ ,RIDDELL SPORTS GROUP INC_____ ,_____
_____ by United States Certified Mail postage
prepaid, on the 18th day of August___ ,2020 at 0000:00____ HOURS, at
C/O CORP SER CO_____ 251 LITTLE FALLS DR_____
WILMINGTON, DE 19808_____ _____ , a true
and attested copy of the attached WRIT OF SUMMONS_____ . Together
with _____ ,_____
_____ . The returned
receipt card was signed by PAUL SISOFO_____ on
08/24/2020 .

Additional Comments:
_____
_____
_____

Sheriff's Costs:

    Docketing        .00
    Service          .00
    Affidavit        .00
    Surcharge        .00
                 .00
                 .00

So answers:
Mark P. McAndrew, Sheriff

*Cpl. Brenda Goosley*

                Deputy

  Paid by            on 00/00/0000 .

Sworn and subscribed to before me
this_____day of_____
_____A.D.     _____

_____
    Prothonotary

SHERIFF'S RETURN - U.S. CERTIFIED MAIL

CASE NO: 2020-03169 P
COMMONWEALTH OF PENNSYLVANIA
COUNTY OF LACKAWANNA

LEONE _____

        VS.

RIDDELL _____

CPL.BRENDA GOOSLEY _____, Deputy Sheriff of Lackawanna County

County, Pennsylvania, who being duly sworn according to law served the

within named DEFENDANT _____ ,RIDDELL ALL AMERICAN SPORTS ____, _____

CORPORATION _____ by United States Certified Mail postage

prepaid, on the 18th day of August ___ ,2020 at 0000:00 HOURS, at

669 SUGAR LANE _____

ELYRIA, OH 44035 _____ _____, a true

and attested copy of the attached WRIT OF SUMMONS _____. Together

with _____, _____

_____. The returned

receipt card was signed by RET'D BY P.O. UNABLE FORWARD on
00/00/0000 .

Additional Comments:
_____
_____
_____

Sheriff's Costs:

  Docketing            .00
  Service               .00
  Affidavit            .00
  Surcharge            .00
                    .00
                    .00

So answers:
Mark P. McAndrew, Sheriff

Cpl. Brenda Goosley
              Deputy

  Paid by                    on 00/00/0000 .

Sworn and subscribed to before me
this_____day of_____
_____A.D. _____

_____
    Prothonotary

CASE NO: 2020-03169 P.
COMMONWEALTH OF PENNSYLVANIA
COUNTY OF LACKAWANNA

LEONE_____

        VS.

RIDDELL_____

CPL.BRENDA GOOSLEY_____, Deputy Sheriff of Lackawanna County
County, Pennsylvania, who being duly sworn according to law served the
within named DEFENDANT_____,RIDDELL/ALL AMERICAN SPOORTS___,_____
CORP._____ by United States Certified Mail postage
prepaid, on the 18th day of August___,2020 at 0000:00 __ HOURS, at
4230 PAYSPHERE CIRCLE_____
CHICAGO, IL 60674_____ _____, a true
and attested copy of the attached WRIT OF SUMMONS_____. Together
with _____,_____
_____. The returned
receipt card was signed by CAN'T READ THE NAME_____ on
08/24/2020 .

Additional Comments:
_____
_____
_____

Sheriff's Costs:

    Docketing          .00
    Service            .00
    Affidavit          .00
    Surcharge          .00
                    .00
                    .00

So answers:
Mark P. McAndrew, Sheriff

*Cpl. Brenda Goosley*
        Deputy

   Paid by                  on 00/00/0000 .

Sworn and subscribed to before me
this_____day of_____
_____A.D.     _____

_____
    Prothonotary

CASE NO: 2020-03169 P
COMMONWEALTH OF PENNSYLVANIA
COUNTY OF LACKAWANNA

LEONE _____

       VS.

RIDDELL _____

CPL.BRENDA GOOSLEY _____ , Deputy Sheriff of Lackawanna County

County, Pennsylvania, who being duly sworn according to law served the

within named DEFENDANT _____ ,RIDDELL/ALL AMERICNA SPORTS ____ ,____

CORPORATION _____ by United States Certified Mail postage

prepaid, on the 18th day of August____ ,2020 at 0000:00 / HOURS, at

7501 PERFORMANCE LANE _____

N.RIDGEVILLE, OH 44039 _____ _____ , a true

and attested copy of the attached WRIT OF SUMMONS _____ . Together

with _____ ,_____

_____ . The returned

receipt card was signed by A,R. C191 _____ on
08/24/2020 .

Additional Comments:
_____
_____
_____

Sheriff's Costs:                          So answers:
                                          Mark P. McAndrew, Sheriff
  Docketing              .00
  Service                .00
  Affidavit              .00          *Cpl. Brenda Goosley*
  Surcharge              .00                  Deputy
               .00
               .00

  Paid by                           on 00/00/0000 .

Sworn and subscribed to before me
this_____day of_____
_____A.D.      _____

_____
   Prothonotary

SHERIFF'S RETURN - W.D.S. - CERTIFIED MAIL

CASE NO: 2020-03169 P
COMMONWEALTH OF PENNSYLVANIA
COUNTY OF LACKAWANNA

LEONE _____

            VS.

RIDDELL _____

MAURI B. KELLY
LACKAWANNA COUNTY

2020 OCT -6 P 1: 52

CLERK OF JUDICIAL
RECORDS CIVIL DIVISION

CPL.KERRY MCHUGH _____ , Deputy Sheriff of Lackawanna County

County, Pennsylvania, who being duly sworn according to law served the

within named DEFENDANT _____ ,RIDDELL SPORTS GROUP INC C/O __, _____

CORPORATE CREATIONS NETWORK __ by United States Certified Mail postage

prepaid, on the 17th day of September,2020 at 0000:00 __ HOURS, at

3411 SILVERSIDE ROAD _____ TATNALL BUILDING, STE 104 _____

WILMINGTON, DE 19810 _____ _____ , a true

and attested copy of the attached WRIT OF SUMMONS _____ . Together

with _____ ,_____

_____ . The returned

receipt card was signed by CAN'T READ THE NAME _____ on
09/29/2020 .

Additional Comments:
_____
_____
_____

Sheriff's Costs:

   Docketing          .00
   Service            .00
   Affidavit         .00
   Surcharge         .00
                   .00
                   .00

So answers:
Mark P. McAndrew, Sheriff

Cpl Kerry McHugh
                Deputy

Paid by _____        on 00/00/0000 .

Sworn and subscribed to before me
this_____day of_____
_____A.D. _____

_____
   Prothonotary

**Munley Law PC**
**227 Penn Avenue**
**Scranton, PA 18503**
**570-346-7401**

**Anapol Weiss**
**8700 E. Vista Bonita Drive, Suite 268**
**Scottsdale, AZ 85255**
**480-515-4745**

MAURI B. KELLY
LACKAWANNA COUNTY
2020 OCT -8 A 10: 35
CLERKS OF JUDICIAL
RECORDS CIVIL DIVISION

| | | |
|---|---|---|
| DANIELLE M. LEONE and | : | IN THE COURT OF COMMON PLEAS |
| JACOB M. LEONE, individually and as | : | |
| Plenary Co-Guardians of the Estate and | : | OF LACKAWANNA COUNTY |
| Person of CALEB LEONE, and | : | |
| CALEB LEONE, Individually, | : | |
| 607 South Broad Street | : | |
| Jersey Shore, PA 17740 | : | |
| Plaintiffs | : | |
| v. | : | CIVIL ACTION - LAW |
| | : | JURY TRIAL DEMANDED |
| RIDDELL, INC. | : | |
| 9801 West Higgins Road, Suite 800 | : | |
| Rosemont, IL 60018 | : | |
| BRG SPORTS, INC. | : | |
| 1700 West Higgins Road, Suite 500 | : | |
| Des Plaines, IL 60018 | : | |
| RIDDELL SPORTS GROUP, INC. | : | |
| c/o Corporation Service Company | : | |
| 251 Little Falls Drive | : | |
| Wilmington, DE 19808 | : | |
| RIDDELL/ALL AMERICAN SPORTS | : | |
| CORPORATION | : | |
| 669 Sugar Lane | : | |
| Elyria, OH 44035 | : | |
| And | : | |
| 4230 Paysphere Circle | : | |
| Chicago, IL 60674 | : | No. 2020 CV 3169 |
| And | : | |
| 7501 Performance Lane | : | |
| North Ridgeville, OH 44039 | : | |

**PRAECIPE TO REISSUE SUMMONS**

TO THE CLERK OF JUDICIAL RECORDS:

Please reissue the Writ of Summons in the above captioned case.

MUNLEY LAW, P.C.

BY: _____
Marion Munley, Esq.
PA ID No. 46957
Attorney for Plaintiffs

ANAPOL WEISS

BY: _____
Larry E. Coben, Esq.
PA ID No. 17523

BY: _____
Jo Ann Niemi
PA ID No. 326595
Attorneys for Plaintiffs

SHERIFF'S RETURN — U.S. CERTIFIED MAIL

CASE NO: 2020-03169 P
COMMONWEALTH OF PENNSYLVANIA
COUNTY OF LACKAWANNA

LEONE _____

       VS.

RIDDELL _____

MAURI P. KELLY
LACKAWANNA COUNTY
2020 OCT 22 P 12: 14
RECORDS OF JUDICIAL
RECORDS CIVIL DIVISION

CPL.BRENDA GOOSLEY _____ , Deputy Sheriff of Lackawanna County

County, Pennsylvania, who being duly sworn according to law served the

within named DEFENDANT _____ ,RIDDELL INC _____ ,_____

_____ by United States Certified Mail postage

prepaid, on the 18th day of August ___ ,2020 at 0000:00     HOURS, at

9801 WEST HIGGINS RD STE 800 _____

ROSEMONT, IL 60018 _____ _____ , a true

and attested copy of the attached WRIT OF SUMMONS _____ . Together

with _____ ,_____

_____ . The returned

receipt card was signed by RET'D BY P.O. UNABLE FORWARD ___ on
00/00/0000 .

Additional Comments:
_____
_____
_____
_____

Sheriff's Costs:

| | |
|---|---|
| Docketing | .00 |
| Service | .00 |
| Affidavit | .00 |
| Surcharge | .00 |
| | .00 |
| | .00 |

So answers:
Mark P. McAndrew, Sheriff

*Cpl. Brenda Goosley*
      Deputy

Paid by                on 00/00/0000 .

Sworn and subscribed to before me
this_____day of_____
_____A.D. _____

_____
     Prothonotary

**Munley Law PC**
**227 Penn Avenue**
**Scranton, PA  18503**
**570-346-7401**

**Anapol Weiss**
**8700 E. Vista Bonita Drive, Suite 268**
**Scottsdale, AZ 85255**
**480-515-4745**

MAURI B. KELLY
LACKAWANNA COUNTY

2020 NOV 16  A 10: 09

CLERK OF JUDICIAL
RECORDS CIVIL DIVISION

| | |
|---|---|
| DANIELLE M. LEONE and | : IN THE COURT OF COMMON PLEAS |
| JACOB M. LEONE, individually and as | : |
| Plenary Co-Guardians of the Estate and | : OF LACKAWANNA COUNTY |
| Person of CALEB LEONE, and | : |
| CALEB LEONE, Individually, | : |
| 607 South Broad Street | : |
| Jersey Shore, PA 17740 | : |
| Plaintiffs | : |
| | : |
| v. | : CIVIL ACTION - LAW |
| | : JURY TRIAL DEMANDED |
| RIDDELL, INC. | : |
| 9801 West Higgins Road, Suite 800 | : |
| Rosemont, IL 60018 | : |
| BRG SPORTS, INC. | : |
| 1700 West Higgins Road, Suite 500 | : |
| Des Plaines, IL 60018 | : |
| RIDDELL SPORTS GROUP, INC. | : |
| c/o Corporation Service Company | : |
| 251 Little Falls Drive | : |
| Wilmington, DE 19808 | : |
| RIDDELL/ALL AMERICAN SPORTS | : |
| CORPORATION | : |
| 669 Sugar Lane | : |
| Elyria, OH 44035 | : |
| And | : |
| 4230 Paysphere Circle | : |
| Chicago, IL 60674 | : |
| And | : No.  20 CV 3169 |
| 7501 Performance Lane | : |
| North Ridgeville, OH 44039 | : |

**PRAECIPE TO REISSUE SUMMONS**

TO THE CLERK OF JUDICIAL RECORDS:

Please reissue the Writ of Summons in the above captioned case.

MUNLEY LAW, P.C.

BY: _____
Marion Munley, Esq.
PA ID No. 46957
Attorney for Plaintiffs

ANAPOL WEISS

BY: _____
Larry E. Coben, Esq.
PA ID No. 17523

BY: _____
Jo Ann Niemi
PA ID No. 326595
Attorneys for Plaintiffs

**Munley Law PC**
**227 Penn Avenue**
**Scranton, PA  18503**
**570-346-7401**

**Anapol Weiss**
**8700 E. Vista Bonita Drive, Suite 268**
**Scottsdale, AZ 85255**
**480-515-4745**

MAURI B. KELLY
LACKAWANNA COUNTY

2021 FEB 17 A 9: 13

CLERK OF JUDICIAL
RECORDS CIVIL DIVISION

| | | |
|---|---|---|
| DANIELLE M. LEONE and | : | IN THE COURT OF COMMON PLEAS |
| JACOB M. LEONE, individually and as | : | |
| Plenary Co-Guardians of the Estate and | : | OF LACKAWANNA COUNTY |
| Person of CALEB LEONE, and | : | |
| CALEB LEONE, Individually, | : | |
|       Plaintiffs | : | |
| | : | |
|     v. | : | CIVIL ACTION - LAW |
| | : | JURY TRIAL DEMANDED |
| RIDDELL, INC. | : | |
| BRG SPORTS, INC. | : | |
| RIDDELL SPORTS GROUP, INC. | : | |
| RIDDELL/ALL AMERICAN SPORTS | : | |
| CORPORATION | : | |
|       Defendants | : | No. 20 cv 3169 |

**CERTIFICATE OF SERVICE**

    It is hereby certified that a true and correct copy of Notice of Zoom Deposition of Thomas Gravish, David Tomb, Terence Stets, Kenneth Williamson, and Eric Hess was served by First Class Mail on the ⎯12⎯ day of February, 2021, upon the following:

Riddell, Inc.
1700 West Higgins Road, Suite 500
Des Plaines, IL  60018

BRG Sports, Inc.
1700 West Higgins Road, Suite 500
Des Plaines, IL  60018

Riddell Sports Group, Inc.
c/o Corporate Creations Network
3411 Silverside Road
Tatnall Bldg., Ste 104
Wilmington, DE  19810

Riddell/All American Sports Corporation
669 Sugar Lane
Elyria, OH  44035

Riddell/All American Sports Corporation
4230 Paysphere Circle
Chicago, IL  60674

Riddell/All American Sports Corporation
7501 Performance Lane
North Ridgeville, OH  44039

_____

Marion Manley

MARSHALL DENNEHEY
By:  Benjamin A. Nicolosi, Jr., Esquire
Identification No. 69551
P.O. Box 3118
Scranton, PA  18505-3118

MAURI B. KELLY
Attorney for Defendants LACKAWANNA COUNTY

2021 MAR -8  A 9:38

CLERK OF JUDICIAL
RECORDS CIVIL DIVISION

|  |  |
|---|---|
| DANIELLE M. LEONE and JACOB M. LEONE, | : COURT OF COMMON PLEAS OF |
| individually and as Plenary Co-Guardians of the | : LACKAWANNA COUNTY - PENNSYLVANIA |
| Estate and Person of CALEB LEONE, and | : |
| CALEB LEONE, individually | : |
|  | : CIVIL ACTION |
| Plaintiffs | : |
|  | : |
| v. | : |
|  | : |
| RIDDELL, INC., BRG SPORTS, INC., | : JURY TRIAL DEMANDED |
| RIDDELL SPORTS GROUP, INC. c/o | : |
| Corporation Service Company, RIDDELL/ALL | : |
| AMERICAN SPORTS CORPORATION | : |
|  | : No:  20-CV-3169 |
| Defendants | : |

**ENTRY OF APPEARANCE**

To:  Clerk of Judicial Records – Civil

Kindly enter my appearance on behalf of all named Defendants.  All American Sports Corporation is incorrectly named as "Riddell/All American Sports Corporation."

Respectfully submitted,

/s/ Benjamin A. Nicolosi

Benjamin A. Nicolosi, Jr., Esquire
Marshall Dennehey
Atty. I.D. #69551
P.O. Box 3118
Scranton, PA 18505
(570) 496-4606

LEGAL/136496028.v1

| | |
|---|---|
| DANIELLE M. LEONE and JACOB M. LEONE, individually and as Plenary Co-Guardianes of the Estate and Person of CALEB LEONE, and CALEB LEONE, individually | : COURT OF COMMON PLEAS OF : LACKAWANNA COUNTY, PENNSYLVANIA : |
| Plaintiffs | : CIVIL ACTION |
| v. | : |
| RIDDELL, INC., BRG SPORTS, INC., RIDDELL SPORTS GROUP, INC. c/o Corporation Service Company, RIDDELL/ALL AMERICAN SPORTS CORPORATION | : JURY TRIAL DEMANDED : : |
| Defendants | : No: 20-CV-3169 : |

MAURI B. KELLY
LACKAWANNA COUNTY
2021 MAR -8  A  9:38
CLERK OF JUDICIAL
RECORDS CIVIL DIVISION

### **PRAECIPE FOR RULE TO FILE COMPLAINT**

To:  Clerk of Judicial Records

Kindly issue a Rule upon Plaintiffs to file a Complaint in the above-captioned matter within 20 days from the date hereof or suffer a judgment of *non pros.*

Respectfully submitted,

/s/ Benjamin A Nicalosi

Benjamin A. Nicolosi, Jr., Esquire
Marshall Dennehey
Atty. I.D. #69551
P.O. Box 3118
Scranton, PA 18505
(570) 496-4606

### **RULE TO FILE COMPLAINT**

And now this _____ day of __MAR - 8 2021__, 2021, a Rule is issued upon Plaintiffs to file a Complaint within 20 days from the date hereof or suffer a judgment of *non pros.*

Mauri B. Kelly

Clerk of Judicial Records

LEGAL/136495407.v1

DANIELLE M. LEONE and JACOB M. LEONE, : COURT OF COMMON PLEAS OF
individually and as Plenary Co-Guardians of the : LACKAWANNA COUNTY - PENNSYLVANIA
Estate and Person of CALEB LEONE, and
CALEB LEONE, individually

2021 MAR -8 A 9: 38

: CIVIL ACTION

Plaintiffs CLERK OF JUDICIAL
RECORDS CIVIL DIVISION

v.

RIDDELL, INC., BRG SPORTS, INC.,          : JURY TRIAL DEMANDED
RIDDELL SPORTS GROUP, INC. c/o            :
Corporation Service Company, RIDDELL/ALL  :
AMERICAN SPORTS CORPORATION               :
                                          : No: 20-CV-3169
              Defendants                  :

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the*

*Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that

require filing confidential information and documents differently than non-confidential

information and documents.

Respectfully submitted,

/S/ *Benjamin A Nicalosi*

Benjamin A. Nicolosi, Jr., Esquire
Marshall Dennehey
Atty. I.D. #69551
P.O. Box 3118
Scranton, PA 18505
(570) 496-4606

LEGAL/136496028.v1

DANIELLE M. LEONE and JACOB M. LEONE, : COURT OF COMMON PLEAS OF
individually and as Plenary Co-Guardians of the : LACKAWANNA COUNTY - PENNSYLVANIA
Estate and Person of CALEB LEONE, and :
CALEB LEONE, individually :
                              : CIVIL ACTION
           Plaintiffs :

v.                            :

RIDDELL, INC., BRG SPORTS, INC.,    : JURY TRIAL DEMANDED
RIDDELL SPORTS GROUP, INC. c/o     :
Corporation Service Company, RIDDELL/ALL :
AMERICAN SPORTS CORPORATION :
                            : No: 20-CV-3169
        Defendants :

## CERTIFICATE OF SERVICE

    I, Benjamin A. Nicolosi, Jr., Esquire, hereby certify that on March 4, 2021, I served a true and correct copy of an Entry of Appearance, Rule to File Complaint, Certificates of Compliance and Service via first class United States Mail, postage paid, upon the following:

Marion Munley
Munley Law
227 Penn Avenue
Scranton, PA  18503

                               Respectfully submitted,

                             /s/ Benjamin A Nicolosi
                             Benjamin A. Nicolosi, Jr., Esquire
                             Marshall Dennehey
                             Atty. I.D. #69551
                             P.O. Box 3118
                             Scranton, PA 18505
                             (570) 496-4606

LEGAL/136496028.v1

DANIELLE M. LEONE and JACOB M. LEONE,    :    COURT OF COMMON PLEAS OF
individually and as Plenary Co-Guardians of the    :    LACKAWANNA COUNTY, PENNSYLVANIA
Estate and Person of CALEB LEONE, and    :
CALEB LEONE, individually    :    2021 MAR 15  A 9: 19
     :    CIVIL ACTION    CLERK OF JUDICIAL
          Plaintiffs    :    RECORDS/CIVIL DIVISION
     :
v.    :
     :
RIDDELL, INC., BRG SPORTS, INC.,    :    JURY TRIAL DEMANDED
RIDDELL SPORTS GROUP, INC. c/o    :
Corporation Service Company, RIDDELL/ALL    :
AMERICAN SPORTS CORPORATION    :
     :    No: 20-CV-3169
          Defendants    :

## CERTIFICATE OF SERVICE

I, Benjamin A. Nicolosi, Jr., Esquire, hereby certify that on March 10, 2021, I served a true and correct copy of the executed Rule to File Complaint, Certificates of Compliance and Service via e-mail and regular mail upon the following:

Marion Munley
Munley Law
227 Penn Avenue
Scranton, PA  18503

Respectfully submitted,

/S/ _Benjamin A Nicolosi_

Benjamin A. Nicolosi, Jr., Esquire
Marshall Dennehey
Atty. I.D. #69551
P.O. Box 3118
Scranton, PA 18505
(570) 496-4606

DANIELLE M. LEONE and JACOB M. LEONE,  :  COURT OF COMMON PLEAS OF
individually and as Plenary Co-Guardians of the  :  LACKAWANNA COUNTY, PENNSYLVANIA
Estate and Person of CALEB LEONE, and
CALEB LEONE, individually

                                      :  CIVIL ACTION
            Plaintiffs

v.

RIDDELL, INC., BRG SPORTS, INC.,  :  JURY TRIAL DEMANDED
RIDDELL SPORTS GROUP, INC. c/o
Corporation Service Company, RIDDELL/ALL
AMERICAN SPORTS CORPORATION

                                     :  No: 20-CV-3169
            Defendants

## CERTIFICATE OF COMPLIANCE

    I certify that this filing complies with the provisions of the *Public Access Policy of the*

*Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that

require filing confidential information and documents differently than non-confidential

information and documents.

                                   Respectfully submitted,

                                   /s/ Benjamin A. Nicolasi

                                   Benjamin A. Nicolasi, Jr., Esquire
                                   Marshall Denneley
                                   Atty. I.D. #69551
                                   P.O. Box 3118
                                   Scranton, PA 18505
                                   (570) 496-4606

LEGAL/136668764.v1

Munley Law, PC
The Forum Plaza - 227 Penn Avenue
Scranton, PA 18503
570-346-7401

Anapol Weis
8700 E. Vista Bonita Drive, Suite 268
Scottsdale, AZ 85255
480-515-4745

MAURI B. KELLY
LACKAWANNA COUNTY

2021 APR 15  P 2: 15

CLERK OF JUDICIAL
RECORDS CIVIL DIVISION

| | | |
|---|---|---|
| DANIELLE M. LEONE and JACOB M. LEONE, individually and as plenary co-guardians of the Estate and Person of CALEB LEONE and CALEB LEONE, Individually, | : : : : : : | IN THE COURT OF COMMON PLEAS OF LACKWANNA COUNTY |
| Plaintiffs | : : | CIVIL ACTION |
| | : | JURY TRIAL DEMANDED |
| v. | : : : | |
| RIDDELL, INC., BRG SPORTS, LLC, RIDDELL SPORTS GROUP, INC., RIDDELL/ALL AMERICAN SPORTS CORPORATION and | : : : : : | |
| Defendants | : | NO. 20-CV-3169 |

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of Plaintiffs' Complaint was served via e-mail on the 13th day of April, 2021, upon the following:

Benjamin A. Nicolosi, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin
PO Box 3118
Scranton, PA  18505-3118
banicolosi@mdwcg.com

MUNLEY LAW, P.C.

By: _____
Marion Munley
ID No. 46957
Attorney for Plaintiffs