**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

DANIELLE M. LEONE AND JACOB     :
M. LEONE, individually and as        :
Plenary co-guardians of the Estate and  :
Person of CALEB LEONE and        :
CALEB LEONE, Individually,        :
                               :
         Plaintiffs        :
                               :
                            : No. 4:21-cv-00800-MWB
      v.                    :
                               :
                               :
RIDDELL, INC.,  et. al.         :
                               :
                               :
         Defendants:      :

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Riddell, Inc., BRG Sports, Inc., Riddell Sports Group, Inc., and All American Sports Corporation submit their Corporate Disclosure Statement and identify the following parent corporation(s) and any publicly held corporation(s) owning 10% or more of their stock:

1.       Defendant Riddell, Inc. is a wholly owned subsidiary of Defendant Riddell Sports Group, Inc.;

2.       Defendant All American Sports Corporation is a wholly owned subsidiary of Defendant Riddell Sports Group, Inc.;

3.       Defendant Riddell Sports Group, Inc. is the parent corporation of both Defendants Riddell, Inc. and All American Sports Corporation and is, in turn, a wholly owned subsidiary of Defendant BRG Sports, Inc.;

4.       Defendant BRG Sports, Inc. is the parent corporation of Defendant Riddell Sports Group, Inc. and is, in turn, a wholly owned subsidiary of BRG Sports Holding Corp.;

5.      BRG Sports Holding Corp. is the parent corporation of BRG Sports, Inc. and is, in turn, a wholly owned subsidiary of EB Sports Corp.;

6.      EB Sports Corp. is the parent corporation of BRG Sports Holding Corp. and is, in turn, a wholly owned subsidiary of BRG Sports; and

7.      BRG Sports, LLC is the parent company of EP Sports Corp. and it has neither any parent corporation nor any publicly held corporation owning more than 10% of its stock.

Dated: May 4, 2021                               Respectfully submitted,


_____
Benjamin A. Nicolosi, Jr., Esq.
MARSHALL, DENNEHEY, WARNER,
COLEMAN & COGGIN, P.C.
Atty. I.D.  69551
P.O. Box 3118
Scranton, PA 18505
Telephone: (570) 496-4606
BANicolosi@MDWCG.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that this document was electronically filed and served via ECF on May 4, 2021, on all counsel registered to receive service via the Court's ECF system.

Benjamin A. Nicolosi, Jr., Esq.
MARSHALL, DENNEHEY, WARNER,
COLEMAN  & COGGIN, P.C.
Atty. I.D.  69551
P.O. Box 3118
Scranton, PA 18505
Telephone: (570) 496-4606
BANicolosi@MDWCG.com
*Counsel for Defendants*