UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIELLE M. LEONE AND JACOB M. LEONE, individually and as Plenary co-guardians of the Estate and Person of CALEB LEONE and CALEB LEONE, Individually, | :<br>:<br>: Civil Action No. 4:21-cv-00800-MWB<br>:<br>: |
| Plaintiffs | :<br>: JURY TRIAL DEMANDED |
| v. | :<br>: |
| RIDDELL, INC.,<br>BRG SPORTS, INC.,<br>RIDDELL SPORTS GROUP, INC.,<br>RIDDELL/ALL AMERICAN SPORTS CORPORATION | :<br>:<br>:<br>:<br>: |
| Defendants: | : |

## PETITION

I Eden Marie Darrell, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:  Bowman and Brooke LLP, 901 East Byrd Street, Suite 1650, Richmond, VA 23219

Phone:  804.649.7299

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Virginia (October 2006) Bar #72868

USDC Eastern District of VA (2007)

USDC Western District of VA (2007)

California (January 2014) Bar #295659

USDC Southern District of CA (2014)

USDC Northern District of CA (2014)

USDC Northern District of IL (2018)

1

```
FOR COURT USE ONLY

____  GENERAL ADMISSION:

GRANTED BY THE COURT: _____      Date:_____

  X   SPECIAL ADMISSION:

GRANTED BY THE COURT     s/ Matthew W. Brann          Date:  5/5/2021
                         United States District Judge
```

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

None.

All occasions, if any, on which I have been held in contempt of court are set forth as follows:
(State the nature and final disposition of contempt; if non, state "none".)

None.

I am seeking:

____ General Admission under Local rule LR 83.8.1

 X   Special Admission (specify by a check which rule) under

 X   LR 83.8.2.1     ____ LR 83.8l.2.2     ____ LR 83.8.2.3  or  ____ LR 83 8.2.4

If seeking special admission under Local Rules LR 83.8.2.1, LR 83.8.2.2, LR 83.8.2.3, or LR 83.8.2.4, the basis for my admission under the designated rule is as follows:

I seek Pro Hac Vice Admission for purposes of appearing as counsel for Riddell, Inc., BRG Sports, Inc., Riddell Sports Group, Inc., All American Sports Corporation in a pending lawsuit.

NAME THE PARTY YOU REPRESENT:  Riddell, Inc., BRG Sports, Inc., Riddell Sports Group, Inc., All American Sports Corporation