UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR    :
ADMISSION TO PRACTICE IN THIS COURT  :

**PETITION**

I <u>Robert Latante Wise</u>, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows

My office address is: Bowman and Brooke, LLP

901 E. Byrd Street, Suite 1650

Richmond, VA 23219

Office Telephone: (804) 819-1134

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

See Attached

My attorney Identification number is: VA: 42030; IL: 632338

<u>FOR COURT USE ONLY</u>

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT  *s/ Matthew W. Brann*    Date: 5/24/2021
                      United States District Judge