UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIELLE M. LEONE AND JACOB M. LEONE, individually and as Plenary co-guardians of the Estate and Person of CALEB LEONE and CALEB LEONE, Individually, | : : : : : : | No.: 421-cv-00800-MWB |
| Plaintiffs | : : | |
| v. | : : | JURY TRIAL DEMANDED |
| RIDDELL, INC., BRG SPORTS, INC., RIDDELL SPORTS GROUP, INC., RIDDELL/ALL AMERICAN SPORTS CORPORATION, | : : : : : : | |
| Defendants | : | |

## PETITION

    I, Larry E. Coben, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:    Anapol Weiss
                                      8700 E. Vista Bonita Drive, Suite 268,
                                      Scottsdale, Arizona 85255
Office Telephone:      480-515-4745

    I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

    Pennsylvania (October 2, 1973) State Bar #017523
    Arizona (October 22, 1994) State Bar #015673
    USDC of Arizona (1995)
    USDC Western District of Pennsylvania (2018)

USDC Eastern District of Texas (2019)
USDC Southern District of West Virginia (2016)
U.S. Court of Appeals for the Sixth Circuit (2015)
USDC Eastern District of Pennsylvania (2011)

---

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT   *s/ Matthew W. Brann*   Date: 6/2/2021
                       United States District Judge

---

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

None.

All occasions, if any, on which I have been held in contempt of court are set forth as follows:  (State the nature and final disposition of contempt; if non, state "none".)

None.

I do not have any disciplinary action, contempt or other proceedings involving me pending before any court.

I am seeking:

_____ General Admission under Local rule LR 83.8.1

__X__ Special Admission (specify by a check which rule) under