UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR    :
ADMISSION TO PRACTICE IN THIS COURT  :

**PETITION**

I, Paul Gerard Cereghini, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is: 2901 N. Central Avenue

Suite 1600

Phoenix, Arizona  85012

Office Telephone: 602.643.2400

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Please see attached list.

My attorney Identification number is: AZ: 009641; CA: 148016; NV: 010000

FOR COURT USE ONLY

_____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

__X__ SPECIAL ADMISSION:

GRANTED BY THE COURT    s/ Matthew W. Brann    Date: 6/2/2021
United States District Judge