**Bowman and Brooke** LLP
Attorneys at Law

901 East Byrd Street, Suite 1650
Richmond, VA  23219
Phone: 804.649.8200
Fax: 804.649.1762

Eden Darrell
Direct: 804.819.1119
Email: eden.darrell@bowmanandbrooke.com

November 10, 2021          VIA CM/ECF

Honorable Matthew W. Brann
U.S. DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
U.S. Courthouse and Federal Office Building
240 West Third Street
Suite 218
Williamsport, PA  17701

    **Re:**    *Leone, et al. v. Riddell, Inc., et al*.
            **Case No. 4:21-CV-00800**

Dear Judge Brann:

    I write to follow up on my previous correspondence of November 3, 2021 requesting a status conference regarding the plaintiffs' failure to respond to discovery (ECF No. 19).

    My office received plaintiffs' written responses on November 8, 2021, and documents in response to requests for production on November 9, 2021.  We are in the process of reviewing the responses. At this time, we withdraw our request for a conference call on this issue. We will continue to follow the Court's rules and procedures with respect to any further discovery disputes.

               Sincerely,

               BOWMAN AND BROOKE LLP

               */s/ Eden M. Darrell*

               Eden M. Darrell (*admitted pro hac vice*)

cc:    Larry E. Coben, Esq.
        Jo Ann Niemi, Esq.
        Marion K. Munley, Esq.
        Ciara L. DeNaples, Esq.
        Benjamin A. Nicolosi, Esq.

Honorable Matthew W. Brann
November 10, 2021
Page 2

## CERTIFICATE OF SERVICE

I hereby certify that this document was electronically filed and served via ECF on November 10, 2021, on all counsel registered to receive service via the Court's ECF system.

*/s/ Eden M. Darrell*
Eden M. Darrell (*Pro Hac Vice*)
BOWMAN AND BROOKE LLP
901 East Byrd Street, Suite 1650
Richmond, VA  23219
Telephone: (804) 649-8200
Facsimile:  (804) 649-1762
eden.darrell@bowmanandbrooke.com

Benjamin A. Nicolosi, Jr., Esq.
MARSHALL, DENNEHEY, WARNER, COLEMAN  & COGGIN, P.C.
Atty. I.D.  69551
P.O. Box 3118
Scranton, PA 18505
Telephone: (570) 496-4606
Facsimile: (570) 496-0567
BANicolosi@MDWCG.com

*Counsel for Defendants*