IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIELLE M. LEONE AND JACOB M. LEONE, individually and as Plenary co-guardians of the Estate and Person of CALEB LEONE and CALEB LEONE, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>RIDDELL, INC., et. al.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: No. 4:21-cv-00800-MWB<br>:<br>: (Honorable Matthew W. Brann)<br>:<br>:<br>:<br>:<br>: |

**PETITION**

I David Duke, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:   Bowman and Brooke, LLP

2901 Via Fortuna Drive, Suite 500

Austin, TX 78746


Phone:   (512) 874-3828


     I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

State Bar of Texas, Bar No. 00795983, admitted 1996

LEGAL/144224355.v1

```
FOR COURT USE ONLY

____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____


  X   SPECIAL ADMISSION:

GRANTED BY THE COURT   s/ Matthew W. Brann        Date:  2/10/2022
                       Chief United States District Judge
```

**Please Answer the Following Questions:**

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

None.

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)

None.

I do _____ do not X, have any disciplinary action, contempt or other proceedings involving me pending before any court. (Check the appropriate space.) If
there are pending proceedings, please explain• _____

I am seeking:

_____ General Admission under Local Rule LR 83.8.1

___x___ Special Admission (specify by a check which rule) under

X LR 83.8.2.1x, LR 83.8.2.2 _, LR 83.8.2.3 or LR 83 8 2 4

LEGAL/144224355.v1