IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIELLE M. LEONE AND JACOB M. LEONE, individually and as Plenary co-guardians of the Estate and Person of CALEB LEONE and CALEB LEONE, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>RIDDELL, INC., et. al.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: No. 4:21-cv-00800-MWB<br>:<br>: (Honorable Matthew W. Brann)<br>:<br>:<br>:<br>:<br>: |

## **PETITION**

I Jonathan Smith, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:    Bowman and Brooke, LLP

2901 Via Fortuna, Suite 500

Austin, Texas 78746

Phone:    (512) 874-3853

I was admitted to practice before the Courts listed below on the dates shown, and I am currently a member in good standing of all those Courts.

State Bar of Texas, Bar No. 24088436, admitted November 1, 2013
USDC S.D. Tex., admitted January 28, 2021
USDC W.D. Tex., admitted June 25, 2020
USDC N.D. Tex., admitted June 21, 2021

```
FOR COURT USE ONLY

____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____      Date: _____

  X   SPECIAL ADMISSION:

GRANTED BY THE COURT  s/ Matthew W. Brann    Date: 3/24/2022
                      Chief, United States District Judge
```

**Please Answer the Following Questions:**

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

None.

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)

None.

I do _____ do not X, have any disciplinary action, contempt or other proceedings involving me pending before any court. (Check the appropriate space.) If there are pending proceedings, please explain• _____

I am seeking:

_____ General Admission under Local Rule LR 83.8.1

___x___ Special Admission (specify by a check which rule) under

X LR 83.8.2.1x, LR 83.8.2.2 _, LR 83.8.2.3 or LR 83 8 2 4

If seeking special admission under Local Rules LR 83.8.2.1, LR 83.8.2.2, LR 83.8.2.3, or LR 83.8.2.4, the basis for my admission under the designated rule is as follows:

I seek Pro Hac Vice Admission for purposes of appearing as counsel for Riddell, Inc., BRG Sports, Inc., Riddell Sports Group, Inc., All American Sports Corporation in a pending lawsuit.