IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIELLE M. LEONE and JACOB M. LEONE, individually and as Plenary co-guardians of the Estate and Person of CALEB LEONE and CALEB LEONE, individually,<br><br>Plaintiffs,<br><br>v.<br><br>RIDDELL, INC., BRG SPORTS, INC., RIDDELL SPORTS GROUP, INC., and RIDDELL/ALL AMERICAN SPORTS CORPORATION,<br><br>Defendants. | No. 4:21-CV-00800<br><br>(Judge Brann) |

## ORDER

**AND NOW**, this 22nd day of April 2022, upon consideration of the joint motion to enlarge case management deadlines and trial (Doc. 26), **IT IS HEREBY ORDERED** that this Court's June 15, 2021 Case Management Order is amended as follows:

1. Joinder of additional parties: March 1, 2023

2. Amended pleadings: April 3, 2023

3. Discovery deadline: March 15, 2023

4. Dispositive motions deadline: June 26, 2023

5. Plaintiff's expert report: March 15, 2023

6. Defendant's expert report: April 17, 2023

7. Supplemental and rebuttal expert reports: May 2, 2023

8. Expert discovery completed by: June 2, 2023

9. The case is **REMOVED** from the February 2023 trial list, and will be rescheduled, if necessary, upon the resolution of any filed dispositive motion.

10. The deadlines for filing motions in limine and supporting briefs, pretrial memoranda, proposed voir dire questions and proposed jury instructions are **CANCELLED** and will be rescheduled, if necessary, upon the resolution of any filed dispositive motion.

11. The final pretrial conference scheduled for December 27, 2022 is **CANCELLED** and will be rescheduled, if necessary, upon the resolution of any filed dispositive motion.

12. This Order supersedes all previous scheduling Orders.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge