IN THE UNITED STATES DISTRICT COURT OF THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIELLE M. LEONE AND JACOB M. LEONE, individually and as Plenary co-guardians of the Estate and Person of CALEB LEONE and CALEB LEONE, Individually<br>        Plaintiffs<br>    v.<br><br>RIDDELL, INC.,<br>BRG SPORTS, INC.<br>RIDDELL SPORTS GROUP INC.,<br>RIDDELL/ALL AMERICAN<br>SPORTS CORPORATION<br>        Defendants | : : : : : : : : : : : : : : | Civil Action No. 4:21-cv-00800-MWB<br><br>JURY TRIAL DEMANDED |

## **ORDER**

**AND NOW**, this 8th day of June 2023, **IT IS HEREBY ORDERED** that the Petition for Approval of Settlement in the above-captioned action is approved for the amount of $100,000.00 from Defendants Riddell, Inc., BRG Sports, Inc., Riddell Sports Group, Inc., and All American Sports Corporation. Plaintiffs/ Petitioners Danielle M. Leone and Jacob M. Leone, individually and Plenary Co-Guardians of the Estate and Person of Caleb Leone may sign the Confidential Limited Release and any other documents necessary to complete this settlement.

**IT IS FURTHER ORDERED** that payment from the settlement funds of $100,000.00 are approved as follows:

  a. Attorney's fee: $30,684.68 payable to Munley Law, P.C. and Anapol Weiss;

  b. Costs advanced: $6,905.46 payable to Munley Law, P.C.;

  c. Costs advanced: $24,477.76 payable to Anapol Weiss;

  d. Liens totaling $7,247.42;

e.  Estate of Caleb Leone: $30,684.68, said funds to be deposited into the IRREVOCABLE SPECIAL NEEDS TRUST FOR THE BENEFIT OF CALEB N. LEONE; and

f.  Within thirty (30) days of depositing these fund into the IRREVOCABLE SPECIAL NEEDS TRUST FOR THE BENEFIT OF CALEB N. LEONE Plaintiffs/Petitioner shall submit proof of the deposit to this Court.

BY THE COURT:

*s/ Matthew W. Brann*

Matthew W. Brann
Chief United States District Judge