IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIELLE M. LEONE AND JACOB M. LEONE, individually and as Plenary co-guardians of the Estate and Person of CALEB LEONE and CALEB LEONE, Individually, | : : : : : : | No.: 421-cv-00800-MWB |
| Plaintiffs | : : | |
| v. | : : | |
| RIDDELL, INC., BRG SPORTS, INC., RIDDELL SPORTS GROUP, INC., RIDDELL/ALL AMERICAN SPORTS CORPORATION, | : : : : : | |
| Defendants | : | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs, Danielle M. Leone and Jacob M. Leone, individually and as Plenary co-guardians of the Estate and Person of Caleb Leone, and Caleb Leone, individually, and Defendants, Riddell, Inc., BRG Sports, Inc., Riddell Sports Group, Inc., and All American Sports Corporation (collectively, the "Riddell Defendants"), by and through their undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate and agree to dismissal with prejudice of Plaintiffs' claims in this action against the Riddell Defendants.

The parties respectfully request that this Court enter the attached Order dismissing with prejudice Plaintiffs' claims in this action against Defendants

1

Riddell, Inc., BRG Sports, Inc., Riddell Sports Group, Inc., and All American Sports Corporation.

All parties have agreed to bear their own attorneys' fees and costs.

Respectfully submitted,

/s/   Marion Munley
**Marion Munley, Esq.** *(PA ID No. 46957)*
**MUNLEY LAW, PC**
The Forum Plaza
227 Penn Avenue
Scranton, PA 18503
570-346-7401 (t)
mmunley@munley.com

**Larry Coben, Esq.** (*Pro Hac Vice*)
**Jo Ann Niemi, Esq.** (*Pro Hac Vice*)
**ANAPOL WEISS**
8700 E. Vista Bonita Drive, Suite 268
Scottsdale, Arizona 85255
480-515-4745 (t)
480-515-4744 (f)
lcoben@anapolweiss.com
jniemi@anapolweiss.com

**ATTORNEYS FOR PLAINTIFFS**

/s/ David J. Duke
**David J. Duke, Esq.** *(Pro Hac Vice)*
**Jonathan Smith, Esq.** *(Pro Hac Vice)*
**BOWMAN AND BROOKE, LLP**
2901 Via Fortuna, Suite 500
Austin, Texas 78746
512-874-3853 (t)
512-874-3801 (f)
david.duke@bowmanandbrooke.com
jonathan.smith@bowmanandbrooke.com

**Paul G. Cereghini, Esq.** *(Pro Hac Vice)*
**BOWMAN AND BROOKE, LLP**
2901 N. Central Avenue
Suite 1600
Phoenix, Arizona 85012
(602) 643-2400
Paul.cereghini@bowmanandbrooke.com

**Benjamin A. Nicolosi, Jr., Esq.** *(PA ID No. 69551)*
**MARSHALL, DENNEHEY, WARNER, COLEMAN & COGGIN, P.C.**
P.O. Box 3118
Scranton, Pennsylvania 18505
BANicolosi@MDWCG.com
570-496-4606 (t)

**ATTORNEYS FOR DEFENDANTS RIDDELL, INC. BRG SPORTS, INC., RIDDELL SPORTS GROUP, INC., ALL AMERICAN SPORTS CORPORATION**

3

## CERTIFICATE OF SERVICE

     I hereby certify that the foregoing document was electronically filed and served via ECF on July 12, 2023, on all counsel registered to receive service via the Court's ECF system.

                                       /s/   Marion Munley
                                       **Marion Munley, Esq.** *(PA ID No. 46957)*
                                       **MUNLEY LAW, PC**
                                       The Forum Plaza
                                       227 Penn Avenue
                                       Scranton, PA 18503
                                       570-346-7401 (t)
                                       mmunley@munley.com

                                       **Larry Coben, Esq.** (*Pro Hac Vice*)
                                       **Jo Ann Niemi, Esq.** (*Pro Hac Vice*)
                                       **ANAPOL WEISS**
                                       8700 E. Vista Bonita Drive, Suite 268
                                       Scottsdale, Arizona 85255
                                       480-515-4745 (t)
                                       480-515-4744 (f)
                                       lcoben@anapolweiss.com
                                       jniemi@anapolweiss.com

                                       **ATTORNEYS FOR PLAINTIFFS**