# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIELLE M. LEONE AND JACOB M. LEONE, individually and as Plenary co-guardians of the Estate and Person of CALEB LEONE and CALEB LEONE, Individually, | : : : : : : | No.: 421-cv-00800-MWB |
| Plaintiffs | : : | |
| v. | : : | |
| RIDDELL, INC., BRG SPORTS, INC., RIDDELL SPORTS GROUP, INC., RIDDELL/ALL AMERICAN SPORTS CORPORATION, | : : : : : | |
| Defendants | : | |

## **ORDER**

**AND NOW**, this _____ day of _____ 2023, upon consideration of the Stipulation of Voluntary Dismissal With Prejudice filed by Plaintiffs, Danielle M. Leone and Jacob M. Leone, individually and as Plenary co-guardians of the Estate and Person of Caleb Leone, and Caleb Leone, individually, and Defendants, Riddell, Inc., BRG Sports, Inc., Riddell Sports Group, Inc., and All American Sports Corporation, **IT IS HEREBY ORDERED** that the Stipulation is **GRANTED**.

BY THE COURT:

_____
Matthew W. Brann
Chief United States District Judge