IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIELLE M. LEONE AND JACOB M. LEONE, individually and as Plenary co-guardians of the Estate and Person of CALEB LEONE and CALEB LEONE, Individually,<br><br>Plaintiffs<br><br>v.<br><br>RIDDELL, INC., BRG SPORTS, INC., RIDDELL SPORTS GROUP, INC., RIDDELL/ALL AMERICAN SPORTS CORPORATION,<br><br>Defendants | : : : : : : : : : : : : : : : : : : : No.: 4:21-CV-00800-MWB |

## **ORDER**

**AND NOW**, this 13th day of July 2023, upon consideration of the Stipulation of Voluntary Dismissal With Prejudice filed by Plaintiffs, Danielle M. Leone and Jacob M. Leone, individually and as Plenary co-guardians of the Estate and Person of Caleb Leone, and Caleb Leone, individually, and Defendants, Riddell, Inc., BRG Sports, Inc., Riddell Sports Group, Inc., and All American Sports Corporation, **IT IS HEREBY ORDERED** that this case is **DISMISSED** with prejudice.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge